IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-03339-WYD-MEH

LANCE CASSINO,

   Plaintiff,

v.

JOHNSON & JOHNSON d/b/a CORDIS CORPORATION,

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Motion to Dismiss With Prejudice (ECF No. 24), filed February 10, 2012.   After carefully reviewing the above-captioned case, I find that the motion should be granted and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Joint Motion to Dismiss With Prejudice (ECF No. 24) is **GRANTED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

   Dated:   February 13, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge